UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS DANIEL RAMIREZ GARCIA (A# 212-949-527),<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>Respondents. | No.  1:26-cv-02274-DC-AC (HC)<br><br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 12) |

Petitioner, an immigration detainee proceeding through counsel, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 25, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. (ECF No. 12.) On July 1, 2026, Respondents filed objections to the findings and recommendations, merely stating that they objected "[f]or the reasons set forth in Respondents' previous briefing" in response to the petition. (ECF No. 13.) However, Respondents' arguments were addressed by the magistrate judge in this case and have already been rejected by this court in other cases. *See Calvillo v. Chestnut*, No. 1:26-cv-00569-DC-CSK, 2026 WL 253627 (E.D. Cal. Jan. 31, 2026) (finding that where the

1

government presents non-pretextual reasons to re-detain a noncitizen previously released into the United States, the proper remedy for the government's failure to provide a pre-deprivation bond hearing is a post-deprivation bond hearing, not immediate release). Thus, Respondents' objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 25, 2026 (ECF No. 12), are ADOPTED;

2. Petitioner Carlos Daniel Ramirez Garcia's (A-212-949-527) petition for a writ of habeas corpus (ECF No. 1) is GRANTED as follows;

3. Respondents are ORDERED to:

    a.   Within fourteen (14) days of the entry of this order, Respondents are ORDERED to provide Petitioner a bond hearing before an immigration judge at which the government shall bear the burden of proving, by clear and convincing evidence, that Petitioner is either a flight risk or risk to community safety such that Petitioner's continued immigration detention is justified; and

    b.   If Respondents fail to provide Petitioner a bond hearing within fourteen (14) days of the entry of this order, Petitioner shall be immediately released from Respondents' custody on the same terms as Petitioner's previous release;

4. The Clerk of the Court is directed to serve the California City Detention Center with a copy of this order; and

/////

/////

/////

2

5. The Clerk of the Court is directed to enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated:    **July 7, 2026**

Dena Coggins
United States District Judge